IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Genaville LLC, *Plaintiff*,<br><br>v.<br><br>AT&T Services Inc., *Defendant*. | Civil Action No. 2:15-cv-863-JRG<br>(LEAD CASE) |
| OpticsPlanet, Inc., *Defendant*. | Civil Action No. 2:15-cv-885-JRG |

**ORDER OF DISMISSAL WITH PREJUDICE OF OPTICSPLANET, INC.**

On this day, Plaintiff Genaville LLC ("Plaintiff") and Defendant and Counterclaim-Plaintiff OpticsPlanet, Inc. ("Defendant") announced to the Court that they have resolved Plaintiff's claims for relief against Defendant asserted in this case and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Defendant have therefore requested that the Court dismiss Plaintiff's claims for relief against Defendant with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring the same.

**SIGNED this 16th day of October, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE